UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 14 2016 FAG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donnell Pelts

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16-cv-4348
Judge Milton I. Shadur
Magistrate Judge Maria Valdez
PC 2

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Seg. Boyer
Lt. Nickerson
C/o LEE (Female)
Nurse Chris (Female)
C/o John Doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

☑       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code** (state, county, or municipal defendants)

☐       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

☐       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

A. Name: Donnall Pelts

B. List all aliases: NONE

C. Prisoner identification number: 20150716281

D. Place of present confinement: Cook County C.C

E. Address: P.O. box 089002 Chicago, ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Seg. Boyer
Title: Sargeant / correctional officer
Place of Employment: Stateville CC / State of Illinois / NRC

B. Defendant: Lt. Nickerson
Title: Luitenient / correctional officer
Place of Employment: State of Illinois / stateville CC / NRC

C. Defendant: C/O LEE
Title: (Female) Correctional officer
Place of Employment: State of Illinois / stateville CC / NRC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

Defendant: Chris
Title: Nurse/Female
Place of employment: State of Illinois/Stateville C.C./NRC

Defendant: John Doe
Title: Correctional officer
Place of employment: State of Illinois/Stateville C.C./NRC

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was incarcerated in Stateville/NRC on August ~~September~~ 16, 2015. On my court date which was on September 16, 2015 upon arriving at Cook County court, I deen heard my case at 1:00 PM court. At approximately 1:30 I was being escorted back to the Illinois Department of Corrections bus wich was waiting for me in back of the criminal court building. I was being escorted by Correctional officer "LEE" and C/O John Doe. And SGT Boyer when I fell down the stairs which were concrete. ~~BY~~ Correctional officer Lee & C/O John Doe just stood at the top of stairs just looking at me shaking. SGT. Boyer then ask am I ok I said "my head hurts also my back almost over my whole body" I then ask for medical treatment He then told me "We going to get you up off this ground frist, then we going to take you back to N.R.C/Stateville Correctional Center for medical treatment. Then Lt. Nickerson was informed ~~at~~ about what had happened to me. He then asked "Who seen him fall"

So no one seen me fall, thats what they said. So Lt. Nickerson told them to put me on the Bus and I'll racive treatment at N.R.C./Stateville. Upon getting there Lt. Nickerson told c/o John Doe & Sag. Boyars to take me to my cell intill a nurse is avelable. I was not seen till about 7:30 PM that night. We left the court house at 1:30 pm. The nurse Chris looked at me and said she was going to put me on the doctors list. My head was bleeding, sholder, Back of my neck, knees, my eye too. I still didn't get the medical treatment I needed. There was NO I.D.R writen. I would not wish this on no one. I'm asking for justice.

Reviewed: 8/2013

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be treated/seen by an ouside physician at the expense of the defendants

For compensatory damages in the maximum amount as allowed by law

For punitive damages in the maximum amount as allowed by Law

For nominal damages in the maximum amount as allowed by Law

For reasonable attorney fees

For Plaintiff's cost of suit

For any other relief that the Court deem just

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of 1 , 20 16

Donnell [signature]
(Signature of plaintiff or plaintiffs)

Donnell Petts
(Print name)

20150716281
(I.D. Number)

P.O. Box 089002
Chicago Illinois 60608
(Address)

6



# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

## CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | |
|---|---|---|
| ❑ Write-Out | ☑ Law Library | **RELIGIOUS SERVICES** |
| ❑ Superintendent | ❑ Parole Information | ❑ Muslim |
| ❑ Drug Unit Transfer | ❑ Immigration Information | ❑ Catholic |
| ❑ Commissary | ❑ Public Library | ❑ Non-Denomination Christian |
| ❑ Trust Fund Balance | ❑ U.S. Mail Information | ❑ Baptist |
| ❑ Board of Ed. (17-21 yrs) | ❑ Inmate Work Program | ❑ Jewish |
| ❑ G.E.D. (21 yrs and over) | | ❑ Jehovah's Witness |
| ❑ Other | | |

### INMATE INFORMATION

DETAINEE NAME: Donnatt Potts
DATE SUBMITTED: 3-30-16
DETAINEE ID NUMBER: 20150716281
COURT DATE: 4-26-16
DIVISION: 10
LIVING UNIT: 2-C
DETAINEE SIGNATURE: [signature]

### INMATE REQUEST (PLEASE PRINT)

### STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION

STAFF SIGNATURE:
DATE INMATE RECEIVED RESPONSE / SERVICE:

PGS 07-2015 - M

# DEPARTAMENTO DE CORRECCIONES
## DEL CONDADO DE COOK
### FORMULARIO DE SOLICITUD DEL PRESO

## ** ELIJA UNO (1) DE LOS SIGUIENTES SERVICIOS **

| | | |
|---|---|---|
| ☐ Sobre Estampado | ☐ Biblioteca Legal | **SERVICIOS RELIGIOSOS** |
| ☐ Superintendente | ☐ Información/Libertad Condicional | ☐ Musulmánes |
| ☐ Traslado a Unidad de Drogas | ☐ Información Sobre Inmigración | ☐ Católicos |
| ☐ Comisaría | ☐ Biblioteca Pública | ☐ Cristianos sin Denominación |
| ☐ Balance en su Cuenta | ☐ Información de su Correo | ☐ Bautistas |
| ☐ Junta de Ed. (17-21 años) | ☐ Programa de Trabajo - Preso | ☐ Judios |
| ☐ Escuella G.E.D. (mayor de 21) | | ☐ Testigos de Jehová |
| ☐ Otros | | |

### INFORMACIÓN DEL DETENIDO

NOMBRE DEL DETENIDO:

FECHA EN QUE FUE SOMETIDA:

NÚMERO DE IDENTIFICACIÓN DEL DETENIDO:

FECHA DE CORTE:

DIVISIÓN:

UNIDAD DE VIVIENDA:

FIRMA DEL DETENIDO:

### SOLICITUD DEL PRESO (LETRA DE IMPRENTA)

### RESPUESTA DEL PERSONAL - PRESOS NO ESCRIBA EN ESTA SECCIÓN

FIRMA DEL PERSONAL:

FECHA / PRESO RECIBIÓ RESPUESTA / SERVICIO:



# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST FORM

## CHOOSE ONE (1) OF THE FOLLOWING SERVICES

| | | |
|---|---|---|
| ☑ Write-Out | ☐ Law Library | **RELIGIOUS SERVICES** |
| ☐ Superintendent | ☐ Parole Information | ☐ Muslim |
| ☐ Drug Unit Transfer | ☐ Immigration Information | ☐ Catholic |
| ☐ Commissary | ☐ Public Library | ☐ Non-Denomination Christian |
| ☐ Trust Fund Balance | ☐ U.S. Mail Information | ☐ Baptist |
| ☐ Board of Ed. (17-21 yrs) | ☐ Inmate Work Program | ☐ Jewish |
| ☐ G.E.D. (21 yrs and over) | | ☐ Jehovah's Witness |
| ☐ Other | | |

## INMATE INFORMATION

**DETAINEE NAME:** Donnell Pelts

**DATE SUBMITTED:** 3-30-16

**DETAINEE ID NUMBER:** 20150716281

**COURT DATE:** 4-26-16

**DIVISION:** 10

**LIVING UNIT:** 2-C

**DETAINEE SIGNATURE:** [signature]

## INMATE REQUEST (PLEASE PRINT)

## STAFF RESPONSE - INMATES DO NOT WRITE IN THIS SECTION

**STAFF SIGNATURE:**

**DATE INMATE RECEIVED RESPONSE / SERVICE:**

PGS 07-2015 - M



# DEPARTAMENTO DE CORRECCIONES
## DEL CONDADO DE COOK
### FORMULARIO DE SOLICITUD DEL PRESO

## ** ELIJA UNO (1) DE LOS SIGUIENTES SERVICIOS **

| | | **SERVICIOS RELIGIOSOS** |
|---|---|---|
| ❑ Sobre Estampado | ❑ Biblioteca Legal | |
| ❑ Superintendente | ❑ Información/Libertad Condicional | ❑ Musulmánes |
| ❑ Traslado a Unidad de Drogas | ❑ Información Sobre Inmigración | ❑ Católicos |
| ❑ Comisaría | ❑ Biblioteca Pública | ❑ Cristianos sin Denominación |
| ❑ Balance en su Cuenta | ❑ Información de su Correo | ❑ Bautistas |
| ❑ Junta de Ed. (17-21 años) | ❑ Programa de Trabajo - Preso | ❑ Judios |
| ❑ Escuella G.E.D. (mayor de 21) | | ❑ Testigos de Jehová |
| ❑ Otros | | |

## INFORMACIÓN DEL DETENIDO

NOMBRE DEL DETENIDO:

FECHA EN QUE FUE SOMETIDA:

NÚMERO DE IDENTIFICACIÓN DEL DETENIDO:

FECHA DE CORTE:

DIVISIÓN:

UNIDAD DE VIVIENDA:

FIRMA DEL DETENIDO:

## SOLICITUD DEL PRESO (LETRA DE IMPRENTA)

## RESPUESTA DEL PERSONAL - PRESOS NO ESCRIBA EN ESTA SECCIÓN

FIRMA DEL PERSONAL:

FECHA / PRESO RECIBIÓ RESPUESTA / SERVICIO: