# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DONNELL PELTS** (#2015-0716281), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 16 C 4348 |
| ) | |
| **SGT. BOYER**, et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDMENT TO MEMORANDUM ORDER

On April 21 this Court issued a brief memorandum order (the "Order", Dkt. No. 6) in this action, initiated pro se by pretrial detainee Donnell Pelts ("Pelts") -- an Order that, as is this Court's wont, reworked the draft that had been prepared by the able staff attorney assigned to the case. Because the Order concluded by granting Pelts' Motion for Attorney Representation ("Motion"), it designated attorney David Erie as the trial bar member to provide Pelts with representation (that designation was made because the staff attorney had precleared attorney Erie for that purpose with this District Court's employee responsible for monitoring such designations).

It has turned out, however, that attorney Erie had similarly been designated to act as counsel in another prisoner case earlier this year, so that the trial bar rules do not contemplate a second assignment at this time. Accordingly attorney Erie's proposed representation in this action is terminated, and attorney John William Gilligan, III, Stellato & Schwartz, Ltd., 120 North LaSalle, 34th Floor, Chicago, Illinois 60602, Phone: 847-119-1011, E-mail: jgilligan@stellatoschwartz.com is designated to act in his place. To that end copies of Dkt.

Nos. 5, 6 and 7 are being transmitted to attorney Gilligan together with a copy of this Amendment to Memorandum Order.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 26, 2016